Joel E. Tasca
Nevada Bar No. 14124
Andrew S. Clark
Nevada Bar No. 14854
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorney for Defendant Rausch Sturm LLP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANA VELASCO,<br><br>                        Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC. and RAUSCH STURM, LLP,<br><br>                        Defendants. | CASE NO.  2:22-cv-00210-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff and Defendant Rausch Sturm LLP stipulate and agree that Defendant has up to and including March 25, 2022 to respond to Plaintiff's Complaint (ECF No. 1), to provide Defendant additional time to investigate Plaintiff's allegations and for Defendant to prepare a response.  The current deadline to file a response is March 4, 2022. Therefore, pursuant to LR IA 6-1, this stipulation is timely.

///

///

///

///

///

///

DMFIRM #402065901 v1

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: March 2, 2022.

| BALLARD SPAHR LLP | KAZEROUNI LAW GROUP APC |
|---|---|
| By: /s/ Andrew S. Clark<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Andrew S. Clark<br>Nevada Bar No. 14854<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Gustavo Ponce<br>Gustavo Ponce<br>Nevada Bar No. 15084<br>6069 S. Fort Apache Street, Suite 100<br>Las Vegas, Nevada 89148<br>gustavo@kazlg.com<br>(702) 625-9392 |
| *Attorneys for Defendant Rausch Sturm LLP* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 3, 2022