1  Joel E. Tasca
   Nevada Bar No. 14124
2  Andrew S. Clark
   Nevada Bar No. 14854
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: 702.471.7000
5  Facsimile: 702.471.7070
   tasca@ballardspahr.com
6  clarkas@ballardspahr.com

7  *Attorney for Defendant Rausch Sturm LLP*

8              UNITED STATES DISTRICT COURT

9                 DISTRICT OF NEVADA

10 DIANA VELASCO,                          CASE NO. 2:22-cv-00210-APG-BNW

11              Plaintiff,                  STIPULATION AND ORDER TO
                                            EXTEND TIME FOR DEFENDANT TO
12 v.                                       RESPOND TO PLAINTIFF'S
                                            COMPLAINT
13 MIDLAND CREDIT MANAGEMENT,
   INC. and RAUSCH STURM, LLP,             (Second Request)
14
15              Defendants.

16       Plaintiff Diana Velasco and Defendant Rausch Sturm LLP stipulate and agree

17 that Rausch Sturm LLP has up to and including April 8, 2022, to respond to

18 Plaintiff's Complaint (ECF No. 1). The parties have begun preliminary discussions in

19 an attempt to resolve the issues raised in Plaintiff's Complaint, and the additional

20 time will allow them to determine whether a resolution is possible without further

21 litigation. The current deadline to file a response is March 25, 2022. Therefore,

22 pursuant to LR IA 6-1, this stipulation is timely.

23       This is the second request for an extension, and it is made in good faith and

24 not for purposes of delay.

25       Dated: March 24, 2022

26

27

28

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

DMFIRM #402407400 v1

1    BALLARD SPAHR LLP                              KAZEROUNI LAW GROUP APC

2

3    By:  /s/ Andrew S. Clark                       By: /s/ Gustavo Ponce
     Joel E. Tasca, Esq.                            Gustavo Ponce
     Nevada Bar No. 14124                           Nevada Bar No. 15084
4    Andrew S. Clark                                6069 S. Fort Apache Street, Suite 100
     Nevada Bar No. 14854                           Las Vegas, Nevada 89148
5    1980 Festival Plaza Drive, Suite 900           gustavo@kazlg.com
     Las Vegas, Nevada 89135                        (702) 625-9392

6
     *Attorneys for Defendant*                       *Attorneys for Plaintiff*
7    *Rausch Sturm LLP*

8

9

10

11

12

13

14                                                  **ORDER**

15            IT IS SO ORDERED:

16

17                                                  _____
                                                    UNITED STATES MAGISTRATE JUDGE
18
                                                    DATED:    March 25, 2022
19                                                          _____

20

21

22

23

24

25

26

27

28

DMFIRM #402407400 v1                    2