John M. Naylor
Nevada Bar No. 5435
Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(t) (702) 420-7000
(f) (702) 420-7001
jnaylor@nblawnv.com
jbraster@nblawnv.com

*Attorneys for Midland Credit Management, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA VELASCO, | Case No. 2:22-cv-00210-APG-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DEFENDANT MIDLAND CREDIT MANAGEMENT, INC. TO RESPOND TO THE COMPLAINT** |
| MIDLAND CREDIT MANAGEMENT, INC. and RAUSCH STURM LLP, | |
| Defendants. | **(Second Request)** |

Plaintiff and Defendant Midland Credit Management, Inc. ("MCM") stipulate and agree that MCM has up to and including April 1, 2022 to respond to Plaintiff's Complaint (ECF No. 1) to give the parties time to continue their ongoing settlement discussions. The original deadline was March 7, 2022, and that was extended by stipulation of the parties to the current deadline of March 25, 2022. (ECF No. 8).

/ / /

DATED this 25th day of March 2022.

| NAYLOR & BRASTER | KAZEROUNI LAW GROUP |
|---|---|
| By: */s/ John M. Naylor* <br> John M. Naylor (NBN 5435) <br> Jennifer L. Braster (NBN 9982) <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br><br> *Attorneys for Defendants* <br> *Midland Credit Management, Inc.* | By: */s/ Gustavo Ponce* <br> Gustavo Ponce (NBN 15084) <br> 6069 S. Fort Apache Street, Suite 100 <br> Las Vegas, NV 89148 <br><br> *Attorneys for Plaintiff* |

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 28, 2022

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of NAYLOR & BRASTER and that on this 25th day of March 2022, I caused the document **STIPULATION AND ORDER FOR DEFENDANT MIDLAND CREDIT MANAGEMENT, INC. TO RESPOND TO THE COMPLAINT (Second Request)** to be served through the Court's CM/ECF system to those persons designated by the parties that have appeared in the matter.

/s/ Amy Reams
An Employee of NAYLOR & BRASTER